HELEN M. ALMQUEST, Respondent, v. ALLEN MYERS and Another, Appellants.

— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.